```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION


                        CIVIL MINUTES - GENERAL
```

Case No.    <u>CV 10-1796-JST(RZx)</u>                   Date: <u>August 10, 2010</u>

Title:      <u>Maria Martinez v. City of Los Angeles, et al.</u>

==================================================================

**PRESENT:** <u>Hon. Josephine Staton Tucker, U.S. District Judge</u>

    <u>Ellen Matheson</u>                    <u>Not Present</u>
    Deputy Clerk                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
Not present                                 Not present

**PROCEEDINGS:**   (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE
                                 TO COMPLY WITH LOCAL RULES 83-2.8.1 and 83-
                                 2.8.3
                                 RETURNABLE: August 20, 2010

    Plaintiff's counsel Victor Marin is hereby ordered to show cause no later than **August 20, 2010** as to why this case should not be dismissed without prejudice given his failure to complete an application for admission to the Bar of the Central District of California and pay the admission fee pursuant to Local Rules 83-2.8.1 and 83-2.8.3.  The Court sets an Order to Show Cause hearing for **August 30th at 1:30 p.m.**  If by August 20, 2010 Plaintiff's counsel files satisfactory proof of admission and a separate written response explaining why he has failed to comply with Local Rules 83-2.8.1 and 83-2.8.3, the Court will consider removing the matter from the calendar.

    The Order to Show Cause will stand submitted upon the filing of an appropriate response.

                                                                                                                   :
                                      Initials of Deputy Clerk:  <u>enm</u>