UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. CV 10-1796-JST (RZx)     Date: September 13, 2010

Title: MARIA MARTINEZ v. CITY OF LOS ANGELES, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                    Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

　　　The Court hereby orders Plaintiff to show cause why this case should not be dismissed for Plaintiff's failure to comply with Local Rule 7-9, requiring Plaintiff to have filed her opposition to Defendant's Motion for Summary Judgment (Doc. 33) no later than August 30, 2010. Plaintiffs' response to this order to show cause is due no later than September 15, 2010.

　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer: enm